United States Bankruptcy Court
Western District of Washington

In re:
Jennifer Rae Wood
Debtor

Case No. 14-41731-BDL
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0981-3 User: admin Page 1 of 2 Date Rcvd: Jul 09, 2014
Form ID: b18 Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2014.

db +Jennifer Rae Wood, 1111 S Villard, #D23, Tacoma, WA 98465-2417
sr +Bank of America, N.A., c/o ROBINSON TAIT, P.S., 710 Second Avenue, Suite 710, Seattle, WA 98104-1724
954975888 +1 - Nationstar Mortgage LLC, Attn: Bankruptcy, 350 Highland Dr, Lewisville, TX 75067-4177
954975889 +1 - Pierce County Assessor, 2401 S 35th St, Room 142, Tacoma, WA 98409-7498
954975890 2 - Bank of America, PO Box 15019, Wilmington, DE 19850-5019
954975891 +2 - Goldbrook HOA, 16515 39th Ave E, Tacoma, WA 98446-1644
954975892 +2 - Pierce County Assessor, 2401 S 35th St, Room 142, Tacoma, WA 98409-7498
954975893 +ARstrat, 9800 Centre Parkway #1100, Houston, TX 77036-8263
954975896 Citibank, c/o Texaco, PO Box 790034, Saint Louis, MO 63179-0034
954975883 Equifax Information Services, PO Box 740256, Atlanta, GA 30374-0256
954975884 Experian, PO Box 2002, Allen, TX 75013-2002
954975899 +Franciscan Health System, PO Box 2197, Tacoma, WA 98401-2197
954975886 +Innovas Data Solutions, PO Box 1640, Pittsburgh, PA 15230-1640
954975901 +Keybank, Attn: Bankruptcy Dept, PO Box 6354, Fargo, ND 58125-6354
954975902 +Moneytree, Inc, 13107 Meridian Ave E Ste 101, Puyallup, WA 98373-2408
954975904 +Pac Lab, P.O Box 2670, Spokane, WA 99220-2670
954975905 +Pulmonary Consultants PLLC, 1708 S Yakima Ave Suite 300, Tacoma, WA 98405-5307
954975906 +Shell, PO Box 6406, Sioux Falls, SD 57117-6406
954975907 +St Clare Hospital, 11315 Bridgeport Way SW, Lakewood, WA 98499-3004
954975908 +Terrence Wood, 3922 165th Street Ct E, Tacoma, WA 98446-1621
954975885 Trans Union Corporation, PO Box 2000, Crum Lynne, PA 19022-2002
954975910 +Wells Fargo Dealer Services, Attn: Bankruptcy Dept, PO Box 1879, Winterville, NC 28590-1879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: QTJDONAHUE.COM Jul 10 2014 00:43:00 Terrence J. Donahue, 1201 Pacific Ave #1200, Tacoma, WA 98402-4395
smg EDI: WADEPREV.COM Jul 10 2014 00:43:00 State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300
cr +EDI: WFFC.COM Jul 10 2014 00:43:00 Wells Fargo Dealer Services, PO Box 3569, Rancho Cucamonga, CA 91729-3569
954975894 EDI: BANKAMER.COM Jul 10 2014 00:43:00 Bank of America, PO Box 15019, Wilmington, DE 19850-5019
954975895 +E-mail/Text: cashamerica@nuvox.net Jul 10 2014 00:43:27 Cash America, 6408 6th Avenue, Tacoma, WA 98406-2024
954975882 +Fax: 602-659-2196 Jul 10 2014 01:44:24 Chexsystems, Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703
954975897 +EDI: WFNNB.COM Jul 10 2014 00:43:00 Comenity, PO Box 182273, Columbus, OH 43218-2273
954975898 +EDI: DISCOVER.COM Jul 10 2014 00:43:00 Discover Financial, Attn: Bankruptcy Department, PO Box 3025, New Albany, OH 43054-3025
954975900 EDI: RECOVERYCORP.COM Jul 10 2014 00:43:00 GE Capital Retail Bank, c/o Recovery Management System, 25 SE 2nd Ave, Suite 1120, Miami, FL 33131-1605
954975887 EDI: IRS.COM Jul 10 2014 00:43:00 Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346
954975903 +EDI: RMSC.COM Jul 10 2014 00:43:00 Old Navy, Attn: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104
954975909 +EDI: RMSC.COM Jul 10 2014 00:43:00 Walmart, Attn: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104

TOTAL: 12

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

954975881 14-41731

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2014 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on July 9, 2014 at the address(es) listed below:

Dorothy A Bartholomew on behalf of Debtor Jennifer Rae Wood
ecfnotice@gmail.com;ecfnotices.bartho@gmail.com

Lisa M. McMahon-Myhran on behalf of Special Request Bank of America, N.A.
lmcmahon@robinsontait.com,
jbandlow@robinsontait.com;ncarson@robinsontait.com;ssears@robinsontait.com;ssevier@robinsontait.com;scearley@robinsontait.com

Terrence J. Donahue tjdbankruptcy@eisenhowerlaw.com,
WA19@ecfcbis.com;tjdonahue@ecf.epiqsystems.com

United States Trustee USTPRegion18.SE.ECF@usdoj.gov

TOTAL: 4

# United States Bankruptcy Court

Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

**Case No. 14–41731–BDL**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jennifer Rae Wood
fka Jennifer Rae Schakel
1111 S Villard
#D23
Tacoma, WA 98465

Social Security/Individual Taxpayer ID No.:
xxx–xx–5441

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **March 28, 2014.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: July 9, 2014

Brian D Lynch
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**